

125 BROAD STREET, 39TH FLOOR   NEW YORK, NEW YORK 10004-2400

www.sdma.com   212.422.0202 *phone*   212.422.0925 *fax*

*Michael H. Bernstein*
*212-898-4011*
*michael.bernstein@sdma.com*

March 12, 2010

**Via ECF**

Honorable Sandra Feuerstein, U.S.D.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York  11722

Re:     *Virginia Iannello  v. Hartford Life And Accident Insurance Company, et al.*
        Civil Action No.:        10-CV-370 (SJF)(ARL)
        SDMA File No.:           02489-000058

Dear Judge Feuerstein:

This office represents defendant, Hartford Life And Accident Insurance Company (hereinafter "Hartford"), in this action.  In this lawsuit, plaintiff alleges a claim against Hartford and the Group Long Term Disability Plan For Employees Of American International Group, Inc. (the "Plan") for long-term disability benefits under an employee welfare benefit plan governed by the Employee Retirement Income Security Act of 1974, 29 U.S.C. 1001, *et seq.* ("ERISA").

The purpose of this letter is to request the court's endorsement of the parties' agreement to extend the defendants' time to answer or move with respect to the Complaint.  The Plan's Answer and/or appearance is due to be served and filed by March 17, 2010.  Hartford's Answer and/or appearance is due to be served and filed by March 18, 2010.  During a telephone conversation with plaintiff's counsel, Robert Rosati, Esq. of The ERISA Law Group on March 11, 2010, he agreed to extend the defendant's time to answer or move by thirty (30) days to April 12, 2010 for both parties.  This is the defendants' first request for an extension of time to answer or move in connection with plaintiff's Complaint.

Thank you for your time and attention to this application.  If you have any questions or concerns, please do not hesitate to contact me at (212) 898-4011.

Respectfully submitted,

s/
Michael H. Bernstein (MB-0579)
Sedgwick, Detert, Moran & Arnold  LLP

cc:     Robert J. Rosati, Esq. (via ECF)

NY/561295v1

## CERTIFICATE OF SERVICE

I, MICHAEL H. BERNSTEIN, hereby certify and affirm that a true and correct copy of the attached **LETTER DATED MARCH 12, 2010** was served via ECF on this 12th day of March, 2010, upon the following:

>Robert J. Rosati, Esq.
>The ERISA Law Group
>2055 San Joaquin Street
>Fresno, CA 93721
>(559) 256-9800

s/
MICHAEL H. BERNSTEIN (MB 0579)

Dated:   New York, New York
         March 12, 2010