UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

No.: 10-CV-0370 (SJF)(ARL)

VIRGINIA IANNIELLO,

    Plaintiff,

v.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; GROUP LONG TERM DISABILITY PLAN FOR EMPLOYEES OF AMERICAN INTERNATIONAL GROUP, INC,

    Defendants.

REQUEST FOR PERMISSION TO APPEAR BY TELEPHONE AT INITIAL CONFERENCE

Order
The application is:
___ granted
_✓_ denied
___ referred to Magistrate Judge _____ for
    ___ decision
    ___ report and recommendation

5/11/10

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Robert J. Rosati, attorney of record for plaintiff VIRGINIA IANNIELLO, hereby requests that he be allowed to participate in the Initial Conference set by the Court in this matter by telephone. This request is made for the following reasons:

1. The Initial Conference is scheduled for June 21, 2010 at 11:30 a.m. (EST) [8:30 a.m., PST], before Judge Sandra J. Feuerstein;

2. Robert J Rosati, Plaintiff's counsel, maintains his office in the City of Fresno, California, a distance of approximately 3000 miles from the courthouse.

3. Additionally, Mr. Rosati is scheduled to begin a jury trial in the matter of *Garringer v. Clovis Unified School District,* Fresno Superior Court case number

1

09CECG00129 on June 21, 2010 at 9:00 a.m.(PST) [12:00 p.m. EST].

4. Plaintiff's counsel has corresponded with Defendant's counsel, Michael Bernstein about the instant request, and Mr. Bernstein has no objections to this request for a telephonic appearance.

Respectfully submitted.

Dated: May 10, 2010                     /s/ Robert J. Rosati
                                        Robert J. Rosati
                                        The ERISA Law Group
                                        2055 San Joaquin Street
                                        Fresno, CA 93721
                                        Robert@erisalg.com
                                        559-256-9800

2