

# ERISA LAW GROUP LLP

2055 San Joaquin Street • Fresno, California 93721
theerisalawgroup.com

**Order**

The application is:

____✓____ granted *Conference adjourned to July 21, 2010 at 11:15 a.m.*

May 17, 2010 _____ denied

_____ referred to Magistrate Judge _____ **for**

_____ decision

_____ report and recommendation

*5/20/10*

Honorable Judge Sandra J. Feuerstein
United States District Court
100 Federal Plaza
P.O. Box 9014
Central Islip, New York 11722

Re: *Ianniello v. Hartford Life Insurance Company*
USDC Eastern District of New York Case No.: 10CV0370 (SFL) (ARL)

Dear Judge Feuerstein:

The parties have conferred and agree that the Initial Conference scheduled for June 21, 2010, be adjourned and continued at least 30 days out to accommodate my trial schedule.

I am currently scheduled to begin a jury trial in the matter of *Garringer v. Clovis Unified School District,* Fresno Superior Court case number 09CECG00129 on June 21, 2010 at 9:00 a.m.(PST) [12:00 p.m. EST]. I am unable to appear personally at the Initial Conference scheduled for the same day because the location of the Court I am scheduled to begin trial in is a distance of approximately 3,000 miles away from the courthouse in this matter. My partner, Thornton Davidson, is the only other attorney in the practice, and he too will be in trial on the day the Initial Conference is scheduled to take place (*Carson v. City of Fresno,* Eastern District of California, District Court case number 1:08-cv-00468).

I filed a request to appear telephonically on May 10, 2010. That request was denied by this court on May 11, 2010; therefore, I now respectfully request that the Initial Conference be scheduled on July 21, 2010, or on a later date which is convenient for the court.

Respectfully Submitted,

ROBERT J. ROSATI

RJR/rb

cc: Michael Bernstein

**Thornton Davidson, Esq.**
thornton@erisalg.com

**Robert Rosati, Esq.**
robert@erisalg.com

**Jill A. Fulkes - Administrator**
jill@erisalg.com

**Office: (559) 256-9800 | Facsimile: (559) 256-9795**