# CIVIL CAUSE FOR INITIAL CONFERENCE

## BEFORE: JUDGE FEUERSTEIN

**DATE:** July 21, 2010  **TIME:** 30 minutes

**CASE NUMBER:** 2:10-cv-00370-SJF -ARL

**CASE TITLE:** Ianniello v. Hartford Life and Accident Insurance Company et al

**PLTFFS ATTY:** Robert Roseti
X present    __ not present

**DEFTS ATTY:** Michael Bernstein
X present    __ not present

**COURT REPORTER:**    **COURTROOM DEPUTY:** Bryan Morabito

**OTHER:** _____

X    CASE CALLED.

__   ARGUMENT HEARD / CONT'D TO _____.

__   DECISION ON THE RECORD

**OTHER:** Outstanding discovery is respectfully referred to Magistrate Judge Lindsay. A pretrial conference is scheduled before Judge Feuerstein on 11/29/10 at 11:00 am.