UNITED STATES DISTRICT COURT OF NEW YORK
EASTERN DISTRICT

------------------------------------------------------x
VIRGINIA IANNIELLO,

          Plaintiff,

v.

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY; GROUP LONG
TERM DISABILITY PLAN FOR
EMPLOYEES OF AMERICAN
INTERNATIONAL GROUP, INC.,

          Defendants.
--------------------------------------------------------x

**CIVIL ACTION NO**.:
10-CV-0370 (SJF)(ARL)

**NOTICE OF ASSOCIATION OF COUNSEL**

      NOTICE IS HEREBY GIVEN that Plaintiff, Virginia Ianniello has associated attorney John Gugliotta in this case, whose contact information is as follows:

      John Gugliotta (JCG 1570)
      145 Huguenot Street
      Suite 225
      New Rochelle, NY 10801
      Telephone: 914-813-1700
      Facsimile: 914-813-1702
      e-mail: gugliottalaw@optonline.net

Date:  November 10, 2010

 /s/ Robert J. Rosati
ROBERT J. ROSATI, No. 112006
ERISA Law Group LLP
2055 San Joaquin Street
Fresno, California 93721
Telephone  (559)256-9800
Telefax  (559)256-9795
robert@erisalg.com
Attorney for Plaintiff,
VIRGINIA IANNIELLO
Appearing *pro hac vice*

CERTIFICATE OF SERVICE

I, Robert J. Rosati, hereby certify and affirm that a true and correct copy of the attached

**NOTICE OF ASSOCIATION OF COUNSEL** was served via the court's ECF/CM system and

U.S. Mail, November 10, 2010, upon the following:

>Michael H. Bernstein (MHB 0579)
>Sedgwick, Detert, Moran & Arnold LLP
>125 Broad Street, 39th Floor
>New York, New York 10004-2400
>michael.bernstein@SDMA.com
>
>*Attorneys for Defendants*
>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; GROUP
>LONG TERM DISABILITY PLAN FOR EMPLOYEES OF AMERICAN
>INTERNATIONAL GROUP, INC.

Dated: November 10, 2010          /s/ Robert J. Rosati
                                  ROBERT J. ROSATI, No. 112006
                                  ERISA Law Group LLP
                                  2055 San Joaquin Street
                                  Fresno, California 93721
                                  Telephone (559)256-9800
                                  Telefax (559)256-9795
                                  robert@erisalg.com
                                  Attorney for Plaintiff,
                                  VIRGINIA IANIELLO
                                  *Pro hac vice*